**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal National Mortgage Association,<br><br>Plaintiff,<br><br>v.<br><br>Tiffany Traut, et al.,<br><br>Defendants. | No. CV-12-02416-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Remand this State Court Action. (Doc. 4.) For the reasons discussed below, Plaintiff's motion is granted.

## DISCUSSION

Plaintiff filed a Complaint for a forcible entry and detainer action based on Arizona Revised Statutes ("A.R.S.") § 12-1171 with the Arizona Superior Court in Maricopa County on October 21, 2011. Defendant first attempted to remove this standard eviction action to this District on May 22, 2012. The action was remanded to state court for lack of subject matter jurisdiction. *Fed. Nat. Mortgage Assoc. v. Traut*, CV-12-1088-BSB, slip op. at 3 (D. Ariz. July 11, 2012). The court held that Defendant's federal defense based on due process did not transform the state-law claim into one "arising under" federal law for purposes of federal question jurisdiction. *Id.* at 2. Furthermore, there was no diversity jurisdiction because Defendant, who had moved for removal, was a citizen of the forum state and the amount in controversy did not exceed $75,000. *Id.*

On November 13, 2012, Defendant filed a second and identical Notice of Removal to this District. The Court remands this action to state court pursuant to 28 U.S.C. § 1447

1 | for the same reasons as described in the previous Order.

2 | **IT IS THEREFORE ORDERED** that Plaintiff's Motion to Remand this State
3 | Court Action is **granted** (Doc. 4).   The Clerk of Court is directed to remand this action
4 | back to the Maricopa County Superior Court.

5 | Dated this 29th day of January, 2013.

_____
/G. Murray Snow
United States District Judge